# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP BERGSTRESSER,** | ) |
| | ) |
| Plaintiff | ) Case No.: 1:15-cv-02304-YK |
| | ) |
| v. | ) |
| | ) |
| **CEDAR FINANCIAL,** | ) |
| | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 8, 2016      BY: */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, Craig Thor Kimmel, hereby certify that a true and correct copy of the Notice of Voluntary Dismissal was served on June 8, 2016, via U.S. Mail on:

Cedar Financial
5230 Las Virgenes
Calabasas, CA 91302

*/s/ Craig Thor Kimmel*_____
CRAIG THOR KIMMEL
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com